IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LUCIO ABEL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-264-GPM** |
| ) | |
| **MARK PIERSON, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is attorney Russell L. Reed's motion to withdraw as counsel for plaintiff. **(Doc. 30).** Reed details a myriad of perceived conflicts that prohibit him from representing plaintiff. The fact that Reed also serves as a Special Assistant Attorney General precludes him from representing plaintiff against the defendants, who are represented by the Attorney General's Office.

Also before the Court is the defendants' motion for an extension of time to complete discovery, due to delays caused by plaintiff's counsel's conflict. **(Doc. 31).**

**IT IS THEREFORE ORDERED** that plaintiff's counsel's motion to withdraw **(Doc. 30)** is **GRANTED**. The Clerk of Court shall have the record reflect that attorney **Russell L. Reed** is terminated as counsel of record for plaintiff Abel. The Clerk of Court shall mail a copy of this order to plaintiff.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 83.1(i), *Farmer v. Haas,* 990 F.2d 319, 322 (7th Cir. 1993); and *Greeno v. Daley*, 414 F.3d 645, 658(7th Cir. 2005), **David L. Coffman**, of the law firm Lewis, Rice, et al., 500 North Broadway, Suite 2000, St. Louis, MO

63102-2147, is hereby **APPOINTED** to represent plaintiff Abel in this case, through trial in the district court.

      **IT IS FURTHER ORDERED** that, the defendants' motion to amend the pretrial schedule **(Doc. 31)** is **GRANTED**. The following schedule shall control:

      1.      Discovery is to be completed by **February 28, 2007**.

      2.      All dispositive motions shall be filed by **March 31, 2007**.

      3.      Defendant(s) is(are) given leave to depose plaintiff.

**IT IS SO ORDERED.**

**DATED: December 18, 2006**

                                **s/ Clifford J. Proud**
                                **CLIFFORD J. PROUD**
                                **U. S. MAGISTRATE JUDGE**