IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LUCIO ABEL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-264-GPM** |
| ) | |
| **MARK PIERSON, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for leave to depose Orencio Serrano, an inmate in the custody of the Illinois Department of Corrections. **(Doc. 37).** Defendants have no objection to the subject motion. **(Doc. 38).**

**IT IS THEREFORE ORDERED** that, in accordance with Federal Rule of Civil Procedure 30(a)(2), plaintiff's motion for leave to depose inmate Orencio Serrano (R13212) **(Doc. 37)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Illinois Department of Corrections and/or the warden having custody of inmate Orencio Serrano (R13212) shall make Serrano available for deposition on the date and time agreed upon by counsel for plaintiff Lucio Abel and Assistant Attorney General Jason Young, acting as counsel for the defendants.

The Department of Corrections and/or warden should anticipate that, in addition to counsel, an interpreter will be present at the deposition.

If any security concerns arise, the Court should be contacted immediately at 618-482-

9106.

**IT IS SO ORDERED.**

**DATED: February 20, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
