IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LUCIO ABEL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **05-264-GPM** |
| | ) |
| **MARK PIERSON, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Consent Motion for Leave to Depose Inmates John Love and Frank A. Smith. **(Doc. 44).** Plaintiff represents that defendants, through their counsel, have consented to the motion.

**IT IS THEREFORE ORDERED** that, in accordance with Federal Rule of Civil Procedure 30(a)(2), plaintiff's Consent Motion for Leave to Depose Inmates John Love and Frank A. Smith **(Doc. 44)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Illinois Department of Corrections and/or the warden having custody of inmates John Love (N82700) and Frank A. Smith (R23750) shall make Love and Smith available for deposition on the date and time agreed upon by counsel for plaintiff Lucio Abel and Assistant Attorney General Jason Young, acting as counsel for the defendants.

**IT IS SO ORDERED.**

**DATE:** May 16, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**