**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| LUCIO ABEL, #R-15681, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-264 |
| | ) | |
| MARK PIERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is defendant Bradley's motion to stay, disclosure of his personnel file until the District Court renders a final ruling on the Report and Recommendation recommending that Bradley be granted summary judgment on all claims lodged against him. **(Doc. 63)**.

**IT IS HEREBY ORDERED** that defendant Bradley's Motion **(Doc. 63)** is **GRANTED; defendant Bradley's obligation to produce his personnel file to plaintiff is hereby STAYED** until the District Court rules on whether defendant Bradley is to be terminated as a defendant in this matter. In the event Bradley is not terminated as a defendant, Bradley shall produce his personnel file to plaintiff within ten (10) days of the Court's ruling. On the pending Report and Recommendation **(Doc. 59)**.

**IT IS SO ORDERED.**

**DATED: February 22, 2008**

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE**