# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LUCIO ABEL, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| vs | ) | NO. 05-264-CJP |
| | ) | |
| MARK PIERSON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

It appearing to the Court that the plaintiff has failed to properly prosecute as required in the Notice of Impending Dismissal for Want of Prosecution, entered by United States Magistrate Judge Clifford J. Proud, on February 7, 2006, (Doc.16) and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein is dismissed without prejudice against the following defendant(s): **Unknown Party any and all John and Jane Doe Defendants whose names are unknown at this time.**

Dated this 3rd day of April, 2008.


                                        s/Clifford J. Proud
                              **United States Magistrate Judge Clifford J. Proud**