IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABEL LUCIO[1], | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 05-264-CJP |
| MARK PIERSON, J. BELFORD, B. JOHNSON, T. BRADLEY, and UNKNOWN PARTY | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

Defendant **MARK PIERSON** was dismissed on October 26, 2005, by an Order entered by United States District Judge G. Patrick Murphy, (Doc. 8).

Defendants **J. BELFORD** and **LT. BRADLEY** were dismissed on March 31, 2008, by an Order entered by United States District Judge G. Patrick Murphy, (Doc. 69).

Defendant **UNKNOWN PARTY** was dismissed on April 3, 2008, by an Order entered by United States Magistrate Judge Clifford J. Proud, (Doc. 72).

The remaining issues came before this Court for jury trial The issues have been tried and the jury has rendered its verdict in favor of Defendant **B. JOHNSON**.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor

---

[1]In accordance with Federal Rule of Civil Procedure 15(b), the caption is amended to reflect plaintiff's true name, "Abel Lucio," rather than the misnomer "Lucio Abel."

of **MARK PIERSON, J. BELFORD, B. JOHNSON, LT. L. BRADLEY**, and **UNKNOWN PARTY** and against plaintiff **ABEL LUCIO.**

Plaintiff shall take nothing from this action.

**DATED** this 26th day of March, 2008

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela Vehlewald**
       **Deputy Clerk**

**Approved by    S/ Clifford J. Proud**
    **United States Magistrate Judge**
      **Clifford J. Proud**